FILED
DEC 0 9 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 11CR04702-001 |
| v. | O R D E R |
| JESUS URIBE-SOTO, | |
| Defendant. | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for February 3, 2012 is vacated and reset to March 16, 2012 at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 12-9-11

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/jo